IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | 4:10CR3052 |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | MEMORANDUM AND ORDER |
| MY TAN CAO, | ) | |
| | ) | |
| Defendants. | ) | |

Pursuant to Rule 17 of the Federal Rules of Criminal Procedure, defendant requests issuance of a subpoena for the attendance of trial witness(es). Defendant's application states the witness' testimony is necessary for an adequate defense, but the defendant is unable to pay the service and witness fees.

Accordingly,

IT IS ORDERED:

1) The clerk shall issue the subpoenas as set forth in the court's text order, (filing no. 39).

2) Upon receipt of the subpoenas, the United States Marshal shall serve the subpoenas, with the process costs and witness fees to be paid in the same manner as those paid for witnesses subpoenaed by the government.

DATED this 24th day of January, 2011.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge