IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | 4:10CR3052 |
| V. | ) | |
| MY TAN CAO, | ) | ORDER |
| Defendant. | ) | |

IT IS ORDERED that:

1. The Motion to Allow Defendant to Wear Normal Attire at Trial (filing no. 35) is granted subject to reasonable security precautions.

2. The Motion in Limine (filing no. 37) will be taken up at the meeting with counsel immediately before trial.

3. The Motion for Additional Voir Time (filing no. 38) is denied. However, if counsel has a suggestion for how much additional time is needed, the undersigned will reconsider at the meeting with counsel immediately before trial should counsel desire to raise the issue again.

DATED this 1st day of February, 2011.

BY THE COURT:

*Richard G. Kopf*
United States District Judge