IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 4:10CR3052 |
| | ) | |
| v. | ) | |
| | ) | |
| MY TAN CAO, DA VAN CAO, | ) | MEMORANDUM AND ORDER |
| | ) | |
| Defendants. | ) | |
| | ) | |

There being no objection (see filing no. 56) to the Forensic Report (filing no. 57) prepared by psychologists at the Bureau of Prisons' Metropolitan Correctional Center regarding My Tan Cao,

IT IS ORDERED that My Tan Cao is found competent to stand trial and to assist counsel. Therefore, this matter–involving both My Tan Cao and Da Van Cao–is referred to Judge Zwart for a trial setting.

DATED this 24th day of June, 2011.

BY THE COURT:

*Richard G. Kopf*
United States District Judge