IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | |
|---|---|
| Plaintiffs, | 4:10CR3052 |
| vs. | |
| MY TAN CAO, | MEMORANDUM AND ORDER |
| Defendant. | |

The defendant is released subject to the following:

1) The defendant shall appear at his revocation hearing scheduled for August 14, 2014 at 1:00 p.m.

2) The defendant shall comply with all terms and conditions of supervised release which were imposed at sentencing, and the following additional conditions:

   a. Defendant shall not consume ANY alcohol.

   b. The defendant shall promptly obtain a drug and alcohol evaluation, shall fully and candidly cooperate in that evaluation, and shall promptly provide a copy of the evaluation report to his probation officer when the report becomes available.

April 11, 2014.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge