IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) ) ) | 4:10CR3052 |
| v. | ) ) ) | **ORDER** |
| MY TAN CAO, | ) ) ) | |
| Defendant. | ) ) | |

Upon the unopposed oral motion of the defendant,

IT IS ORDERED:

1. The Violation of Supervised Release Hearing currently scheduled for Thursday, October 30, 2014, at 12:00 noon is continued;

2. Counsel shall contact my judicial assistant, Kris Leininger, by telephone on Monday, October 27, 2014, to reschedule the hearing.

DATED this 22nd day of October, 2014.

BY THE COURT:

*Richard G. Kopf*
Senior United States District Judge