IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 4:10CR3052-2 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | ORDER |
| MY TAN CAO, | ) | |
| | ) | |
| Defendant. | ) | |

On the joint oral motion of counsel for the plaintiff and the defendant, and with the agreement of the Probation Officer,

IT IS ORDERED that the petition for offender under supervision (filing 162) is dismissed without prejudice. The March 6, 2015 violation of supervised release hearing is canceled.

Dated March 4, 2015.

BY THE COURT:

*Richard G. Kopf*
Senior United States District Judge